## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| WARAD WEST, LLC, and<br>ANTHONY CAFORIO, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | Case No. 1:14-cv-03242-WJM-KLM |
| v. | ) <br> ) | |
| SORIN CRM USA, INC., | ) <br> ) | |
| Defendant. | ) <br> ) | |

---

### STIPULATED ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

1

Dated: April 29, 2016

/s/ Brian J. Rayment
Brian J. Rayment
Kivell, Rayment & Francis, P.C.
7666 East 61st St., Suite 550
Tulsa, OK 74133
Phone:  (918) 294-0047
Fax:  (918) 254-7915
Email:  Brayment@kivell.com

/s JoAnne M. Zboyan
Springer and Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, Colorado 80202
Phone:  (303) 861-2800
Fax:  (303) 832-7116
Email:  jzboyan@springersteinberg.com

*Attorneys for Plaintiffs*

/s/ Jared B. Briant
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln St.
Denver, Colorado 80203
Phone:  (303) 607-3500
Fax:  (303) 607-3600
Email: jared.briant@faegrebd.com

Kathryn A. Feiereisel
Faegre Baker Daniels LLP
311 S. Wacker Drive, Suite 4300
Chicago, Illinois 60606-6622
Telephone:  (312) 212 6500
Facsimile:  (312) 212 6501
Email:  katie.feiereisel@faegrebd.com

*Attorneys for Defendant*

**SO ORDERED**

Dated: _May 2, 2016_

Hon. Kristen L. Mix
United States Magistrate Judge